UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW PINSLY, derivatively on behalf of BANK OF AMERICA CORPORATION,

                  Plaintiff,

v.

BANC OF AMERICA SECURITIES, LLC, BANC OF AMERICA INVESTMENT SERVICES, INC., KENNETH D. LEWIS, WILLIAM BARNET III, FRANK P. BRAMBLE, SR., JOHN T. COLLINS, GARY L. COUNTRYMAN, TOMMY R. FRANKS, CHARLES K. GIFFORD, MONICA C. LOZANO, WALTER E. MASSEY, THOMAS J. MAY, PATRICIA E. MITCHELL, THOMAS M. RYAN, O. TEMPLE SLOAN, JR., MEREDITH R. SPANGLER, ROBERT L. TILLMAN, JACKIE M. WARD, J. STEELE ALPHIN, AMY WOODS BRINKLEY, AND JOSEPH L. PRICE,
 Defendants,

and

BANK OF AMERICA CORPORATION,

                  Nominal Defendant.

---

Case No. 1:12-cv-03003-PKC-RLE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-12

NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANTS WARD AND RYAN AND [~~PROPOSED~~] ORDER

PLEASE TAKE NOTICE that plaintiff, by and through his undersigned counsel, hereby files this Notice of Voluntary Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1) dismissing his complaint without prejudice against defendants Jackie M. Ward and Thomas M. Ryan, subject to Fed. R. Civ. P. 23.1. Dismissal without prejudice is proper by notice pursuant to Fed. R. Civ. P. 41(a)(1) because defendants have not filed an answer or a motion for summary judgment. Because the above-captioned action is in its preliminary stages, it is respectfully submitted that

no notice is required under Fed. R. Civ. P. 23.1 and that the nominal defendant and its shareholders will not be prejudiced by the dismissal of these two defendants.

Dated: August 1, 2012             HARWOOD FEFFER LLP

By: _____
Robert I. Harwood
Daniella Quitt
488 Madison Ave., 8th Fl.
New York, NY 10022
Telephone (212) 935-7400
Facsimile: (212) 753-3630

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
Jeffrey J. Ciarlanto
Joseph M. Profy
David M. Promisloff
22 Cassatt Avenue
First Floor
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8206

**LAW OFFICE OF DEBRA S. GOODMAN, P.C.**
Debra S. Goodman
1301 Skippack Pike, Suite 7A, #133
Blue Bell, PA 19422
Telephone: (610) 277-6057

Counsel for Plaintiff

So Ordered: _____  10-10-12
U.S.D.J.

2