> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2-6-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

MATTHEW PINSLY, derivatively on behalf of
BANC OF AMERICA CORPORATION,

                Plaintiff,

        v.

BANC OF AMERICA SECURITIES, LLC, BANC OF
AMERICA INVESTMENT SERVICES, INC., KENNETH
D. LEWIS, WILLIAM BARNET, III, FRANK P. BRAMBLE,
SR., JOHN T. COLLINS, GARY L. COUNTRYMAN,
TOMMY R. FRANKS, CHARLES K. GIFFORD, MONICA
C. LOZANO, WALTER E. MASSEY, THOMAS K. MAY,
PATRICIA E. MITCHELL, THOMAS M. RYAN, O. TEMPLE
SLOAN, JR., MEREDITH R. SPANGLER, ROBERT L.
TILLMAN, JACKIE M. WARD, J. STEELE ALPHIN, AMY
WOODS BRINKLEY, AND JOSEPH L. PRICE,

                Defendants,

          - and -

BANK OF AMERICA CORPORATION,

             Nominal Defendant.

----------------------------------------------------------------------x

No. 12 Civ. 3003 (PKC) (RLE)

ECF Case

**STIPULATION OF
VOLUNTARY
DISMISSAL UNDER FED.
R. CIV. P. 41(a)(1) and 23.1**

      Pursuant to Fed. R. Civ. P. 41 and 23.1 the parties hereby stipulate to the dismissal of this action with prejudice as to putative derivative plaintiff Matthew Pinsly, but without prejudice as to any other putative derivative plaintiff shareholder of Bank of America Corporation. The parties respectfully submit that in view of the foregoing, notice to the shareholders of Bank of America of the proposed voluntary dismissal of this action is unnecessary.

      The parties further stipulate that they shall each bear their own costs and expenses.

Dated:  February 5, 2014                  THE WEISER LAW FIRM, P.C.

                                          By: _____
                                              Robert B. Weiser
                                              Brett D. Stecker
                                              Jeffrey J. Ciarlanto
                                              22 Cassatt Avenue
                                              First Floor
                                              Berwyn, PA 19312
                                              Telephone:  (610) 225-2677
                                              Facsimile:  (610) 408-8206

                                          **HARWOOD FEFFER LLP**
                                          Robert I. Harwood
                                          Daniella Quitt
                                          488 Madison Ave., 8th Fl.
                                          New York, NY 10022
                                          Telephone (212) 935-7400
                                          Facsimile: (212) 753-3630

                                          *Counsel for Plaintiff*


                                          **DAVIS POLK & WARDWELL LLP**

                                          By: _____
                                              Charles S. Duggan
                                              Brian Marc Burnovski
                                              450 Lexington Avenue
                                              New York, NY 10017
                                              Telephone: (212) 450-4000
                                              Facsimile: (212) 450-3874

                                          *Counsel for Kenneth D. Lewis, William Barnet, III,*
                                          *Frank P. Bramble, Sr., John T. Collins, Gary L.*
                                          *Countryman, Tommy R. Franks, Charles K. Gifford,*
                                          *Monica Lozano, Walter E. Massey, Thomas J. May,*
                                          *Patricia E. Mitchell, Thomas M. Ryan, O. Temple*
                                          *Sloan, Jr., Meredith R. Spangler, Robert L. Tillman,*
                                          *Jackie M. Ward, J. Steele Alphin, Amy Woods*
                                          *Brinkley, and Joe L. Price*

Dated:  February 5, 2014

THE WEISER LAW FIRM, P.C.

By: _____
Robert B. Weiser
Brett D. Stecker
Jeffrey J. Ciarlanto
22 Cassatt Avenue
First Floor
Berwyn, PA 19312
Telephone:  (610) 225-2677
Facsimile:  (610) 408-8206

**HARWOOD FEFFER LLP**
Robert I. Harwood
Daniella Quitt
488 Madison Ave., 8th Fl.
New York, NY 10022
Telephone (212) 935-7400
Facsimile: (212) 753-3630

*Counsel for Plaintiff*

**DAVIS POLK & WARDWELL LLP**

By: _____
Charles S. Duggan
Brian Marc Burnovski
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3874

*Counsel for Kenneth D. Lewis, William Barnet, III, Frank P. Bramble, Sr., John T. Collins, Gary L. Countryman, Tommy R. Franks, Charles K. Gifford, Monica Lozano, Walter E. Massey, Thomas J. May, Patricia E. Mitchell, Thomas M. Ryan, O. Temple Sloan, Jr., Meredith R. Spangler, Robert L. Tillman, Jackie M. Ward, J. Steele Alphin, Amy Woods Brinkley, and Joe L. Price*

2

O'MELVENY & MYERS LLP

By: _____

Jonathan Rosenberg
B. Andrew Bednark
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Counsel for Nominal Defendant Bank of America Corporation*

So Ordered:

_____
U.S.D.J.

2-6-14

3